UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA

IN RE: **PATRICIA ANN JOHNSON**          CASE NO.:19-22588

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST C/O U.S. BANK TRUST NATIONAL ASSOCIATION<br>Name of Transferee | HEADLANDS RESIDENTIAL 2019-RPL1 OWNER TRUSTEE<br>Name of Transferor |

Name and Address where notices to transferee should be sent:

Selene Finance, LP
9990 Richmond Ave. Suite 400 South
Attn: BK Dept
Houston  TX  77042

Phone: 877-735-3637
Last Four Digits of Acct #: 5207

Court Claim # (if known): 5-1
Amount of Claim: $76007.02
Date Claim Filed: 11/22/2019

Phone: 866-581-4513
Last Four Digits of Acct #: 4000

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/  Susana E. Lykins          Date: March 25, 2022
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA

IN RE: **PATRICIA ANN JOHNSON**   CASE NO.:19-22588

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 25, 2022, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States

Mail to the following parties:

PATRICIA ANN JOHNSON ,
6 DOTY STREET
HAMMOND, IN 46320

And via electronic mail to:

DAVID DABERTIN ,
5246 HOHMAN AVE SUITE 302
HAMMOND, IN 46320

PAUL R. CHAEL ,
401 WEST 84TH DRIVE
SUITE C
MERRILLVILLE, IN 46410

U.S. TRUSTEE
NANCY J. GARGULA ,
100 EAST WAYNE STREET, 5TH FLOOR
SOUTH BEND, IN 46601-2349

By: /s/ Aaron Elwood